JEANNE L. POIRIER, Respondent, v. SELINA P. ZUCKERMAN, Appellant. ANGELA

ENNETT, Respondent, v. SELINA P. ZUCKERMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.